

## [ WILLIAMS v. MATHER ]

Samuel Williams plaint. ag⁺ Timothy Mather Defend⁺ The plaint. withdrew his action.

## [ DEANE v. HUBBARD ]

Thomas Deane assigne of John Glover plaint. ag⁺ John Hubbard Defend⁺ in an action of debt of twenty Eight pounds in mony due by bill bearing date august. 4ᵗʰ 1676. This case being called the parties appeared and the Summons being read, mʳ Hubbard produced a coppie of a Record of the Court Assistants putting a Supersedeas to the payment of this mony; upon which the Court granted a non Sute. The plaintife appealed from this judgement unto the next Court of Assistants and himselfe principall in £.10. Capᵗ Jnᵒ Richards and mʳ Richard Wharton Sureties in £.5. apeice bound themselves respectively . . . on condition the sᵈ Tho: Deane should prosecute his appeale . . .

[ This case probably grew out of the sordid business of "seizing Indians at the eastward & making sale of them at Fyall," as appears in the Records of the Court of Assistants, i. 91, Glover, one of the condemned slave traders, having previously sold a "part of the produce of that voyage" to Hubbard. The following addition to the entry, in the handwriting of Edward Rawson, is found in S. F. 1631.1:

Notwᵗʰstanding mʳ Deans wᵗʰdrawing his action The Court ordered he should be pajd his 28ˡⁱ wch he pd mʳ Jnᵒ Glouer he not knowing yᵉ Courts order when